1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3 | Chief, Tax Division

4 | 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
5 | San Francisco, CA 94102
Telephone:   (415) 436-7017
6 | Fax:          (415) 436-6748

7 | Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. C-06-4421-SC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER TO SHOW CAUSE RE** |
| **IASCO (fka International Air Service** ) | **ENFORCEMENT OF INTERNAL** |
| **Company),** ) | <u>**REVENUE SERVICE SUMMONSES**</u> |
| ) | |
| Respondent. ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | No. C-06-4422-SC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| **IASCO (fka International Air Service** ) | |
| **Company),** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | No. C-06-4423-SC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| **IASCO (fka International Air Service** ) | |
| **Company),** ) | |
| ) | |
| Respondent. ) | |
| ) | |

| | | |
|---|---|---|
| 1 | **UNITED STATES OF AMERICA** ) | No. C-06-4424-SC |
| 2 | ) **Petitioner,** ) | |
| 3 | ) **v.** ) | |
| 4 | ) **IASCO (fka International Air Service** ) **Company),** ) | |
| 5 | ) | |
| 6 | **Respondent.** ) | |
| 7 | **UNITED STATES OF AMERICA** ) | No. C-06-4425-SC |
| 8 | ) **Petitioner,** ) | |
| 9 | ) **v.** ) | |
| 10 | ) **IASCO (fka International Air Service** ) **Company),** ) | |
| 11 | ) | |
| 12 | **Respondent.** ) | |

Good cause having been shown by the petitioner upon its petitions filed in the above-entitled proceedings on July 19, 2006, it is hereby:

**ORDERED** that respondent IASCO appear before this Court on the  22   day of September , 2006, at 10:00 a.m., in Courtroom No.  1 ,  17th   Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in said petitions; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petitions, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petitions, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such

**ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONSES**                           2

1 response, if any, within fourteen (14) days before the return date of this Order; that all motions
2 and issues raised by the pleadings will be considered on the return date of this Order, and only
3 those issues raised by motion or brought into controversy by the responsive pleadings and
4 supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any
5 uncontested allegation in the petition will be considered admitted.

**ORDERED** this __4__ day of __August__, 2006, at San Francisco, California.

*[signature]*

**UNITED STATES DISTRICT JUDGE**

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONSES**                                    3